George G. VILLERE and the Travelers
Indemnity Company

v.

John MOOK et al.

No. 52945.

Nov. 16, 1972.

Writ refused. On the facts found by the Court of Appeal, the judgment is correct.

268 So.2d 260

Mrs. Emma LAMBERT, wife of/and
Thomas M. LITTLETON, Jr.

v.

B & R CONSTRUCTION CO., INC.

No. 52948.

Nov. 16, 1972.

Writ denied. There is no error of law in the judgment complained of.